IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3118 |
| V. | ) ) | |
| PANTHERPRO, INC., a Nebraska corporation, and KEVIN KNUDSON, an individual, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

    The records of the court show that on June 28, 2010 (filing No. 11) a text notice was electronically mailed to all counsel of record by the Office of the Clerk as follows:

    TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Defendant, PANTHERPRO, INC.. Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statement, available on the Website of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.

As of this date, no Statement has been filed.

    IT THEREFORE HEREBY IS ORDERED, Counsel for Pantherpro, Inc. shall file the Corporate Disclosure Statement on or before August 4, 2010 or show cause by written affidavit why they cannot comply with the rules of the court.

    DATED this 21st day of July, 2010.

                                                    BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge