NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MICROSOFT CORPORATION,                 )
A WASHINGTON CORPORATION               )
   Plaintiff(s),                      )
                                      )
v.                                     )   CASE NO. __4:10CV3118__
                                      )
PANTHERPRO INC.; et al                 )
                      , )
                                      )
   Defendant(s).                      )

## DISCLOSURE OF CORPORATE AFFILIATIONS,
## FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit*

*LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), __Defendant__

__Pantherpro, Inc._____, makes the following disclosures concerning

parent
      (Party Name)

companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and

similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

☐   This party has parent corporations

      If yes, identify all parent corporations, including grandparent and great-
      grandparent corporations:

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Date: July 21, 2010                           s/Donald H. Bowman
                                              (Signature)

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Richard Jeffries                                    ,

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: _____.

s/ Donald H. Bowman