IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICROSOFT CORPORATION, a )
Washington Corporation, )        Case No. 4:10-CV-3118
                        )
              Plaintiff, )
                        )
         vs.            )                 ANSWER
                        )
PANTERPRO, INC., a Nebraska )
Corporation, d/b/a Quickteq )
Computers; and KEVIN    )
KNUDSON, an Individual, )
                        )
              Defendants. )


    COME NOW the Defendants, by and through counsel, and for their
Answer to the Complaint, state and allege as follows:

    1.    Deny each and every allegation of the Complaint except
those admitted herein and those which constitute admissions against
the Plaintiff's interest.

    2.    Admit that Plaintiff is a Washington Corporation.

    3.    Admit paragraph 4.

    4.    Admit paragraph 5.

    5.    Admit paragraph 6.

    WHEREFORE, based on the foregoing, Defendants request that the
Plaintiff's Complaint be dismissed in it entirety, at Plaintiff's
costs.

PANTHERPRO, INC., d/b/a QUICKTEQ
COMPUTERS, and KEVIN KNUDSON
Defendants


By:  BOWMAN & KRIEGER
     Attorneys at Law
     1045 Lincoln Mall, #100
     Lincoln, NE 68508
     (402)476-8005


By  /s/ Donald H. Bowman
     Donald H. Bowman          #10391

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of August, 2010, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF System which sent notification of such filing to:

Richard P. Jeffries
Cline, Williams, Wright, Johnson & Oldfather
1125 S. 103rd Street
Suite 600
Omaha, NE   68124


      /s/ Donald H. Bowman
Donald H. Bowman          #10391