IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>PANTHERPRO, INC., a Nebraska corporation d/b/a Quickteq Computers; and KEVIN KNUDSON, an individual<br><br>Defendants. | No. 4:10-CV-3118<br><br><br><br>NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF DISCOVERY |

The undersigned hereby certifies that on February 3, 2011, Plaintiff served Plaintiff's First Set of Interrogatories and Requests for Production of Documents on Defendants by sending the same by United States mail, postage prepaid, and by email to Defendants' counsel, Donald H. Bowman of Bowman and Krieger Law Firm, 1045 Lincoln Mall, Suite 100, Lincoln, Nebraska 68508.

Dated this 3rd day of February, 2011.

        MICROSOFT CORPORATION,
        a Washington corporation, Plaintiff.


By:  /s/ Richard P. Jeffries
       Richard P. Jeffries, #20089
       CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
       One Pacific Place
       1125 South 103rd Street, Suite 600
       Omaha, Nebraska 68124
       Telephone: (402) 397-1700
       Fax: (402) 397-1806
       Email: rickjeffries@clinewilliams.com

{1136557.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2011, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

Donald H. Bowman
Bowman and Krieger Law Firm
1045 Lincoln Mall, Suite 100
Lincoln, NE  68508

                                                /s/ Richard P. Jeffries
                                                Richard P. Jeffries

4834-4672-4360, v. 1

{1136557.1}