IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation<br><br>    Plaintiff,<br><br>v.<br><br>PANTHERPRO, INC., a Nebraska corporation d/b/a Quickteq Computers; and KEVIN KNUDSON, an individual<br><br>    Defendants. | No. 4:10-CV-3118<br><br><br><br>ORDER |

This matter comes before the Court on the Unopposed Motion of Microsoft Corporation (Document 30) to extend the time set forth in the Court's Settlement Order (Document 29) to file papers disposing of this action. The Court finds the motion should be granted.

IT IS THEREFORE ORDERED that the parties shall have until June 8, 2011, to file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of Court (and provide a copy to the Magistrate Judge and to the United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft Order which will fully dispose of the case.

Dated this 25th day of May, 2011.

                BY THE COURT:

                *Richard G. Kopf*
                United States District Court Judge

PREPARED & SUBMITTED:

Richard P. Jeffries, #20089
Cline Williams Wright
 Johnson & Oldfather, L.L.P.
1125 S. 103rd Street, Suite 600
Omaha, NE 68124


4816-9384-5769, v. 1